UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

MARTY WADE                                                                    PLAINTIFF

v.                                                         Civil No. 1:19-cv-00039-GHD-DAS

TOMBIGBEE ELECTRIC POWER ASSOCIATION                        DEFENDANT

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE**

This matter is before the Court on United States Magistrate Judge David A. Sanders' Report and Recommendations [44]. As set forth in his Report, Judge Sanders recommends this case be dismissed without prejudice for plaintiffs' failure to prosecute and/or failure to obey a court order. The plaintiff has filed no objections to the Report, and the time for doing so has passed. *See* L.U. Civ. R. 72(a)(3). Having reviewed the Report, the Court finds it should be approved. Therefore, it is ORDERED that:

1. The Report and Recommendations [44] of the United States Magistrate Judge is hereby APPROVED AND ADOPTED as the opinion of this Court;

2. This case is DISMISSED WITHOUT PREJUDICE for failure to prosecute and for failure to obey a court order; and

3. This case is CLOSED.

SO ORDERED, this, the 29th day of August 2019.

_____
SENIOR U.S. DISTRICT JUDGE